STATE OF MAINE
YORK, ss

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-09-159
PA? -~~OF~ ~4/~~ ~~~~

MIDDLESEX MUTUAL ASSURANCE
COMPANY,

        Plaintiff

v.

SCHOOL ADMINISTRATIVE
DISTRICT NO. 43,

        Defendant

)
)
)
)
)
)
)
)
)
)
)

ORDER

After review of Defendant School Administrative District 53's Motion for Summary Judgment Defendant's the motion is hereby Granted/~~Denied~~. _as there are no contractual provisions that would form a basis of liability. After reading §of of the Snack Associates v. Lewiston Raceways, Inc., 654 A2d 1293 (Me.1995) and Hanson v. Great Northern Paper, Inc, 2002 ME 157, ¶ 14, 808 A2d 1246, 1250 it is clear that there are no implied contractual provisions that would_

Dated: _____

_____
Justice, Superior Court

_form a basis of liability in the absence of any express provisions_

_The entry is:_

_Judgment for the defendant._

_April 8, 2010_

_Paul A. Fritzsche_

ATTORNEY FOR PLAINTIFF:
JEFFREY EDWARDS, ESQ.
PRETI FLAHERTY BELIVEAU PACHIOS & HALEY
PO BOX 9546
PORTLAND ME  04112-9546

ATTORNEY FOR DEFENDANT:
MICHAEL E. SAUCIER, ESQ.
THOMPSON & BOWIE
PO BOX 4630
PORTLAND ME  04112-4630